W. T. Grant Co. *v.* United States

No. 7735.—

Entry No. 709030.

(Decided on rehearing [not published] August 31, 1949)

*Sharretts & Hillis* (*Howard C. Carter* of counsel) for the plaintiff.
*David N. Edelstein*, Assistant Attorney General, for the defendant.

Oliver, Chief Judge: This appeal for reappraisement having been formally abandoned without prejudice is hereby dismissed.

Judgment will be rendered accordingly.